UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARL MORRIS,<br><br>    Plaintiff,<br><br>vs.<br><br>EXTREME SERVICE, LLC and JOHN DOES 1-5 AND 6-10,<br><br>    Defendants. | CIVIL ACTION<br><br>DOCKET NO: 3:20-cv-06018-MAS-LHG |

**ORDER GRANTING THE PARTIES' JOINT MOTION (A) FOR APPROVAL OF FAIR LABOR STANDARDS ACT SETTLEMENT AGREEMENT AND (B) TO DISMISS THIS ACTION WITH PREJUDICE**

  This case is before the Court for consideration of the parties' Joint Motion (A) to Approve Fair Labor Standards Act Settlement Agreement and (B) to Dismiss this Action With Prejudice (ECF #20).  After reviewing the record and the joint submission of the parties, including the proposed Fair Labor Standards Act (the "FLSA") Settlement Agreement (the "Agreement") executed by the parties, the Court finds that the settlement is fair, adequate, and reasonable.  The Court finds that the Agreement was negotiated at arm's length and is not the result of any collusion.

  Based upon the foregoing, it is hereby ORDERED that:

  1.  The Joint Motion (A) For Approval of Fair Labor Standards Act Settlement Agreement And (B) To Dismiss This Action With Prejudice is hereby **ALLOWED**;

  2.  The settlement of the parties in the Agreement is hereby **APPROVED**;

  3.  The instant matter is hereby **DISMISSED WITH PREJUDICE**; and

4.  The Clerk is hereby **DIRECTED** to close this case.

IT IS SO ORDERED, this 7th day of July, 2021.

_____
Hon. Lois H. Goodman, U.S.M.J.